# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stephen Durr,

Plaintiff(s),

v.

United States Postal Service,

Defendant(s).

Case No. 1:23-cv-1212
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) United States Postal Service
and against plaintiff(s) Stephen Durr

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion to dismiss (Dckt. No. [12]). Civil case terminated.

Date: 8/15/2023

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk